IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

HENRY McDONALD                                                                                  PLAINTIFF

VS.                                           CIVIL ACTION NO.: 1:08CV260-SA-DAS

KANSAS CITY SOUTHERN RAILWAY CO.                    DEFENDANTS

**ORDER**

Before the court is Zurich North American Insurance Company's ("Zurich") Motion for Leave to Intervene [Doc. 13] and the Response [Doc. 14] of the defendant, Kansas City Southern Railway Co. Zurich seeks leave to intervene in this cause as a party plaintiff pursuant to Fed.R.Civ.P. 24(a), asserting the right to reimbursement for workers' compensation benefits paid to the plaintiff in connection with injuries for which he seeks to recover in this lawsuit. In its response, the defendant states it has no objection to Zurich's request to intervene herein. Therefore, for good cause shown and hearing no objection from any party, Zurich's Motion is hereby, granted; and, it shall file its proposed complaint in intervention within seven (7) days of this date.

**SO ORDERED** this 31st day of March, 2009.

                                                                  **/s/ David A. Sanders**
                                                                   **U. S. MAGISTRATE JUDGE**